IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00395-WYD-BNB

CORY WHITMORE,

     Plaintiff,

v.

SYLVESTER ADAMS,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The Motion to Withdraw Appearance [doc. #10], filed by Brendan O. Powers and Matthew M. McQuillan, counsel for Defendant, on May 15, 2009, is **GRANTED**. Brendan O. Powers and Matthew M. McQuillan are allowed to withdraw as counsel for Defendant.  The Motion to Withdraw Appearance [doc. #11], filed by Brendan O. Powers and Matthew M. McQuillan, counsel for Defendant, on May 15, 2009, is **DENIED AS MOOT**, because it is identical to the above-referenced Motion and requests the same relief.

     Dated: May 18, 2009