IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00395-WYD-BNB

CORY WHITMORE,

Plaintiff,

v.

SYLVESTER ADAMS,

Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Parties' Stipulation For Dismissal With

Prejudice, [doc.#23], filed November 24, 2009. The Court having reviewed the

stipulation and being fully advised of the premises therein, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**.  Each party is to

pay his, her or its own costs and attorneys' fees.

Dated: December 9, 2009

BY THE COURT:

_____
/s/Wiley Y. Daniel
Chief United States District Judge